IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: July 25, 2013 |
| vs. | : | |
| | : | |
| | : | Criminal No. 10-721 |
| William Corcoran | | |

      **TAKE NOTICE** that the above-entitled case has been set for **Sentencing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Thursday August 15, 2013\*\*** at **11:00 a.m.** before the **Honorable C. Darnell Jones II** . Counsel to contact chambers one day prior to trial to obtain courtroom assignment.

      **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

      If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

# No INTERPRETER REQUIRED

\*\*continued from 8/1/13

      Very truly yours



      A`iShah El-Shabazz
      Courtroom Deputy to Judge Jones

      Notice to:
      Defendant
      Randolph Goldman, Defense Counsel
      Ashley Lunkenheimer, A.U.S.A.
      U.S. Marshal
      Probation Office
      Pretrial Services
      Larry Bowman